C-00-137 RHK/JMM

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR FEBRUARY 2001 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning February 1, 2001. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED BY** January 18, 2001 (filing shall be in St. Paul):

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Any Motions in Limine (with supporting briefs); responsive briefs to Motions in Limine shall be served and filed (in St. Paul) by January 25, 2001; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony, shall be served and filed (in St. Paul) by January 25, 2001. Responses to the Written Objections shall be served and filed (in St. Paul) by January 30, 2001. Copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court.

Dated: December 5, 2001

RICHARD H. KYLE
United States District Judge

FILED DEC 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

| | | |
|---|---|---|
| 1. | United States of America | Mary Bielefeld |
| | vs CV 3-96-335 RHK/FLN<br>JURY | |
| | Mary E. Taylor | Neal Shapiro<br>612-546-1200 |
| | Francis J. Taylor | Francis Taylor<br>214-904-8034 |
| 2. | Robert P. Rierson | Nancy Miller<br>612-333-5831 |
| | vs C V 99-1182 RHK/JMM<br>JURY | |
| | CDI Telecommunications Inc. | Martin Garden<br>612-338-2714 |
| 3. | Robert D. Furst Jr.<br>etal | William Tipping<br>Robert Bennett<br>Timothy Schupp<br>612-333-3839 |
| | vs CV 99-1438 RHK/JMM<br>JURY | |
| | Jean Stiegemeier<br>etal | Curtis Smith<br>612-347-0300 |
| | | Lawrence Field<br>Todd Noteboom<br>612-335-1500 |

| | | |
|---|---|---|
| 4. | Pollack Landstrom Associates | Jeffrey A. Olson<br>612-375-1555 |
| | vs CV 0-123 RHK/JMM<br>JURY TRIAL | |
| | Labtec Corporation | Dale Wagner<br>612-333-3000 |
| 5. | Tanisha Jones<br>etal | Bruce Reese-Rivers<br>612-332-3939 |
| | vs CV 00-137 RHK/JMM<br>JURY | |
| | City of Minneapolis etal | R. Scott Reeves<br>612-673-2010 |