UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**Tanisha Jones and Marico Watkins,**

**Plaintiffs,**

**vs.**

**City of Minneapolis; Patrick Myslajek individually and in his professional capacity as a Minneapolis Police Officer; Jeffrey Mercill individually and in his professional capacity as a Minneapolis Police Officer; Michael Thamm individually and in his professional capacity as a Minneapolis Police Officer; Nicholas Torborg individually and in his professional capacity as a Minneapolis Police Officer,**

**Defendants.**

**Court File No.: 00-137 (RHK/JMM)**

**ORDER FOR DISMISSAL**

---

Pursuant to the parties' Stipulation for Dismissal with Prejudice, this action is hereby dismissed with prejudice, without further costs to any of the parties.

BY THE COURT

01/02/01

Richard H. Kyle
United States District Judge

FILED JAN 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Tanisha Jones and Marico Watkins,**

**Plaintiffs,**

**vs.**

**City of Minneapolis; Patrick Myslajek individually and in his professional capacity as a Minneapolis Police Officer; Jeffrey Mercill individually and in his professional capacity as a Minneapolis Police Officer; Michael Thamm individually and in his professional capacity as a Minneapolis Police Officer; Nicholas Torborg individually and in his professional capacity as a Minneapolis Police Officer,**

**Defendants.**

**Court File No.: 00-137 (RHK/JMM)**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff's action having been fully settled, it is hereby stipulated by the parties hereto, through their respective undersigned attorneys, that the same may be and it hereby is dismissed with prejudice, but without further costs to any of the parties, and the Clerk of Court, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss said action of record.

BRUCE RIVERS
Attorney Reg. No. 282698
Attorney for Plaintiffs
510 First Avenue North
Suite 560
Minneapolis, MN 55403
(612) 332-3939

JAY M. HEFFERN
City Attorney
By

SCOTT REEVES
Assistant City Attorney
Attorney Reg. No. 90128
Attorneys for Defendants
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2066

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK